# UNITED STATES DISTRICT COURT

for the

District of New Jersey

UNITED STATES OF AMERICA

*Plaintiff*

v.

JE SONG

*Defendant*

Case No.   19-cr-536(FLW)

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ____6th____ day of ___May_____, 2020,

ORDERED that _Brian Reilly_____ from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.